# Court of Appeals
# of the State of Georgia

ATLANTA, June 15, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1244. HERALD ALEXANDER v. MARY A. WHITE.

In this breach of contract action, the trial court denied Herald Alexander's motion for partial summary judgment. Alexander filed a notice of appeal from the trial court's order. We lack jurisdiction.

The denial of a motion for summary judgment must be appealed in accordance with the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review from the trial court. See *Georgia Central Credit Union v. Cole*, 239 Ga. 870, 870-871 (239 SE2d 37) (1977); *Sharpe's Appliance Store, Inc. v. Anderson*, 161 Ga. App. 112 (289 SE2d 312) (1982);  see also *Lumbermen's Underwriting Alliance v. Atlantic Wood Indus., Inc.*, 207 Ga. App. 392, 392 (427 SE2d 861) (1993). Alexander's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See *Pace Constr. Corp. v. Northpark Assocs.*, 215 Ga. App. 438, 439 (450 SE2d 828) (1994).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/15/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*